ORIGINAL

1  ROGER L. FUNK (SBN 110936)
   JUDITH M. BEALL (SBN 198813)
2  GREENBERG GLUSKER FIELDS CLAMAN
   MACHTINGER & KINSELLA LLP
3  1900 Avenue of the Stars, Suite 2100
   Los Angeles, California 90067-4590
4  Telephone: (310) 553-3610
   Fax: (310) 553-0687
5
   Attorneys for Plaintiffs and Judgment Creditors
6  H.A.A., Inc., Birdie Capital Corporation,
   Forest Equities, and Steven Berger

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

FILED
CLERK, U.S. DISTRICT COURT
12-21-01
DEC 21 2001
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(Western Division)

| | |
|---|---|
| H.A.A., INC., a New York corporation; BIRDIE CAPITAL CORPORATION, a New York corporation; FOREST EQUITIES, a British Virgin Islands corporation; and STEVEN BERGER, a citizen of the State of New Jersey,<br><br>Plaintiffs,<br><br>v.<br><br>WORLDNET RESOURCES GROUP, INC., a Utah corporation; STEPHEN BROWN, a citizen of the State of California; and DOES 1 through 10, Inclusive,<br><br>Defendants. | CASE NO. CV-00-08353 R(AJWx)<br><br>REQUEST TO REMOVE JUDGMENT DEBTOR EXAMINATION FROM COURT CALENDAR<br><br>Exam Date: January 14, 2002<br>Time:      10:00 a.m.<br>Place:     Courtroom 690<br><br>Hon. Andrew J. Wistrich<br>255 E. Temple Street<br>Roybal Building<br>Los Angeles, CA 90012<br><br>Judgment<br>Entered:   October 17, 2000 |

PLEASE TAKE NOTICE that the Judgment Creditors have learned that Judgment Debtor Stephen Brown ("Brown") has moved out of the state of California and accordingly request that the judgment debtor examination of Brown set for January 14, 2002, be taken

2255500002-1247734.1

Request to Remove Judgment Debtor Exam from Court Calendar

off calendar and that the order for Brown to appear on that date for a judgment debtor examination be vacated.

DATED: December 18, 2001

GREENBERG GLUSKER FIELDS CLAMAN
MACHTINGER & KINSELLA LLP

By: *Judith Beall*
JUDITH M. BEALL
Attorneys for Plaintiffs
and Judgment Creditors
H.A.A., Inc., Birdie
Capital Corporation, Forest
Equities, and Steven Berger

**O R D E R**

IT IS SO ORDERED.

DATED: 12.19.2001

_____
UNITED STATES MAGISTRATE JUDGE

2255500002-1247734.1

2

Request to Remove Judgment Debtor Exam from Court Calendar